UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 23-CV-22626-RAR
23-CV-22630-RAR

J'CAM INVESTMENTS LLC,

    Plaintiff,

v.

GREAT LAKES INSURANCE SE,

    Defendant.
_____/

**JOINT NOTICE OF PENDING SETTLEMENT**

Plaintiff, J'Cam Investments, LLC and Defendant, Great Lakes Insurance SE (collectively the "Parties"), jointly provide notice to the Court that the Parties reached a settlement regarding the entirety of this case and are now drafting, finalizing, and executing settlement documents. Upon the Plaintiff's receipt of the agreed upon consideration to be paid by the Defendant, the Parties shall file a Stipulation for Voluntary Dismissal with Prejudice. Accordingly, the Parties request the Court place this matter on inactive status and toll all pending deadlines, so as to permit the parties 45 days to complete the settlement and file the aforementioned stipulation for dismissal.

[SIGNATURE PAGE TO FOLLOW]

Respectfully and jointly submitted on August 16, 2024.

| | |
|---|---|
| By: */s/ Brittany Quintana Marti*<br>BRITTANY QUINTANA MARTI<br>Florida Bar No. 98746<br>QUINTANA LAW, P.A.<br>237 S. Dixie Highway, Suite 426<br>Coral Gables, Florida 33133<br>Telephone: (305) 376-0821<br>brittany@quintanalawpa.com<br>paralegal@quintanalawpa.com<br><br>-and-<br><br>*/s/ Ryan C. Tyler*<br>RYAN C. TYLER<br>Florida Bar No. 121934<br>TYLER LAW FIRM<br>1801 NE 123rd Street, Suite 314<br>Miami, Florida 33161<br>Telephone: (305) 330-5559<br>ryan@tylerlawfirm.com<br>eservice@tylerlawfirm.com<br><br>Counsel for Plaintiff | By: */s/ David B. Levin*<br>David B. Levin<br>Florida Bar No. 026394<br>dlevin@bakerdonelson.com<br>Helbert A. Canales-Rojas<br>Florida Bar No. 1019986<br>hcanalesrojas@bakerdonelson.com<br><br>BAKER, DONELSON, BEARMAN,<br>CALDWELL & BERKOWITZ, PC<br>200 E. Broward Blvd., Suite 2000<br>Fort Lauderdale, FL 33301<br>Telephone: (954) 768-1600<br><br>Counsel for Defendant |